■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER A. GRADOWSKI, Appellant.—Appeal by the defendant from two judgments of the County Court, Westchester County (Carey, J.), both rendered January 11, 1991.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY GRIFFIN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered April 9, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.